# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. **NEATLY** print in ink (or type) your answers.]

Transgender Icon: Mrs.
EVE KEY IA My. Carrothers Washington
_____
[You are the PLAINTIFF, print your full name on this line.]

ELKHART County Correctional Complex (ECCC)
v.   Elkhart County Jail (ECJ)
DeButy: LT. Martinez
_____
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number ___3:22-cv-756___
[For a new case in this court, leave blank. The court will assign a case number.]

**FILED**
SEP - 8 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is **VERY IMPORTANT** that you include it on **everything** you send to the court for this case. **DO NOT** send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] ELKHART County Jail (ECJ) | 26861 CR 26 Elk. Ind. 46517 |
| 2 | [Put the names of any other defendants in these boxes.] ELKHART County Correctional Complex Admin. | 26861 CR 26 Elkhart Ind. 46517 |
| 3 | DeButy LT. Martinez | 26861 CR 26 Elkhart Ind. 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant **in a separate box** as shown here.]

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? 26861 CR 26 Elkhart Ind. 46517 / Elkhart County Jail (ECJ) ECCC.

3. Did the event you are suing about happen there? ●Yes. ○No, it happened at: _____

4. On what date did this event occur? September 04, 2022 [scribbled out]

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. I put in writ that Elkhart Correctional County Complex of the Elkhart County Jail has abandoned legal documentations. I put in writ Elkhart County Jail has neglected a Detainee Due Process Clause and violated the 4th Amendment; 5th Amendment; 6th Amendment; 8th Amendment;

#2) Deputy: Lt. Martinez has lacked her duties by allowing as a Supervisor the violations of all captioned in point #1. I am expecting a Injustice Relief of 8 million United States of American Currency.

#3) A girl like me: I have been gender dysphoria sense 11 years of age. I write a amended to bring a Brief Breech for punitive damage relief of 500,000 extraordinary United States of American Currency.

#4) Legal property abandoned: My legal work was abandoned by several thieves and Lt. Martinez who called after arriving to St. Joseph County Jail (SJJ). I'm at a emotional

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                         page 3

## Claims and Facts (continued)

distress as I've been deprived of my own legal documents from the clerk of United States District Courts Northern Division of South Bend Indiana. All together after discrimination and neglect of property. I stand strongly and fight mentally and not physically for the sake of contents. Additionally the violations of the amendments captured and Count #2.

#5) September 4, 2022 Labor Day:
It's labor day and I'm wishing Lt. Maetner consider the labor of my legal work. Further allow the factuality of this claim be granted after proof and factual evidence with the Surveillance footage on 3rd shift of August 19, 2022 through 1st Shift August 19, 2022. Cameras will show me escorted from K-43 Bubble lower level to Intake Shower area where I sat for 2 hours until I started banging on the door for relief of the Transportation back to St. Joseph County Jail. Due Process Rights are affected at this time of lost property.

Under penalties for perjury the foregoing information is true factual evidence with footage of cameras on August 19, 2022 and correct. My undersigned verifies this contract of suit making a certificate valid to amend and proceed or allow relief. Mrs. Eyekeyta My. Carruthers 3Washington  OCA #129404

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _Copies Sent To Internal affairs_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   _Terminate Deputy For Neglect. 7 million United States of American Currency._

[Initial Each Statement]

_EMCW_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EMCW_ I will keep a copy of this complaint for my records.
_EMCW_ I will promptly notify the court of any change of address.
_EMCW_ I WILL NOT send more than one copy of any filing to the court.
_EMCW_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EMCW_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _9_/_4_/20_22_ at _10_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs. E.J. Keyla Mc Carruthers Washington_   _OCA# 404_
Signature                                    Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]